T. KEVIN ROOSEVELT, Cal. Bar No. 205485
 *kroosevelt@ftrlfirm.com*
JARED M. TOFFER, Cal. Bar No. 223139
 *jtoffer@ftrlfirm.com*
KAYLA Y. WALES, Cal. Bar No. 340725
 *kwales@ftrlfirm.com*
**FINLAYSON TOFFER ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 270
Irvine, California 92618
Telephone: 949-759-3810
Facsimile: 949-759-3812

Attorneys for Plaintiff
OCEANSIDE HEALTH PRODUCTS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OCEANSIDE HEALTH PRODUCTS LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br>　　v.<br>DVIR DERI LLC d/b/a PRIME – GLOBAL, a New Jersey limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.  8:23-cv-00008-DOC-DFM<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS** |

Case 8:23-cv-00008-DOC-DFM    Document 33    Filed 08/05/24    Page 2 of 3    Page ID #:200

Plaintiff Oceanside Health Products LLC ("Plaintiff") and Defendant Dvir Deri LLC dba Prime-Global ("Defendant"), by and through their counsel of record, enter into the following stipulation ("Stipulation").

The attorneys entering into this Stipulation have the requisite authority to speak and act for their respective clients and warrant that the terms of this Stipulation have been discussed with their respective clients and that the clients they represent agree to be bound by the terms of this Stipulation.

**IT IS HEREBY STIPULATED** between and among Plaintiff, on the one hand, and Defendant, on the other hand (together with Plaintiff, the "Parties"), by and through the undersigned, as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the voluntary dismissal, with prejudice, of this entire action. All Parties are to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: August 5, 2024                FINLAYSON TOFFER ROOSEVELT & LILLY LLP

By: */s/ Jared M. Toffer*
Jared M. Toffer (SBN 223139)
*Attorneys for Plaintiff*

Dated: August 5, 2024                TARTER KRINKSY & DROGIN LLP

By: */s/ Tyler R. Dowdall*
Tyler R. Dowdall (SBN 258950)
*Attorneys for Defendant*

2                Case No. 8:23-cv-00008-DOC-DFM

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Jared M. Toffer, am the ECF User whose identification and password are being used to file this STIPULATION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Dated: August 5, 2024

FINLAYSON TOFFER ROOSEVELT & LILLY LLP

By: */s/ Jared M. Toffer*
Jared M. Toffer
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2024, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Dated: August 5, 2024

*/s/ Jared M. Toffer*
Jared M. Toffer