UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OCEANSIDE HEALTH PRODUCTS LLC, a California limited liability company,<br><br>        Plaintiff,<br>   v.<br><br>DVIR DERI LLC d/b/a PRIME – GLOBAL, a New Jersey limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants.<br>        Defendants. | Case No. 8:23-cv-00008-DOC-DFM<br><br>**ORDER OF DISMISSAL OF ALL CLAIMS** |

# ORDER

Upon review of the Parties' Stipulation For Voluntary Dismissal Of All Claims, and for good cause appearing therefore:

It is hereby ordered that this entire action is dismissed, with prejudice. All Parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  August 6, 2024

_____
HON. DAVID O. CARTER
United States District Judge